IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 2 2007

GREGORY C. LANGHAM
CLERK

Criminal Action No. 05-mj-07099-DBS-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RACHEL PFIRMAN,

        Defendant.

## ORDER EXTENDING PROBATION
## AND MODIFYING CONDITIONS OF PROBATION

**THIS MATTER** is before the Court on report of the probation officer following a status conference on January 3, 2007. Accordingly, it is

**ORDERED** that the defendant's term of probation be extended for six months, until July 3, 2007, and it is

**FURTHER ORDERED** that the defendant's conditions of probation be amended to include the following conditions:

1. The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

3. The defendant shall reside in a community corrections center for a period of up to six (6) months, to commence as soon as space is available, and shall observe the rules of that facility. It is

**FURTHER ORDERED** that all previously imposed conditions shall remain in full force and effect.

**DATED** at Denver, Colorado, this ___7th___ day of January, 2007.

BY THE COURT:

_____
O. Edward Schlatter
United States Magistrate Judge